UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
FASHARNICE STONE,

                Plaintiff(s),

          -against-                                     20-cv-4272 (LAK)

WHITE PLAINS ROAD REALTY LLC,

                Defendant(s)
------------------------------------------x

### ORDER

LEWIS A. KAPLAN, *District Judge.*

        Jurisdiction is invoked pursuant to 28 U.S.C. § 1332. The complaint (or notice of removal) fails adequately to allege the existence of subject matter jurisdiction because, perhaps among other things, it fails adequately to allege:

- ☐ The citizenship of one or more natural persons. *See, e.g., Sun Printing & Publishing Ass'n v. Edwards*, 194 U.S. 377 (1904); *Leveraged Leasing Administration Corp. v. PacifiCorp Capital, Inc.*, 87 F.3d 44 (2d Cir. 1996).

- ☐ The citizenship of one or more corporations. *See* 28 U.S.C. § 1332(c)(1).

- ☐ The citizenship of one or more partnerships. *See Carden v. Arkoma Assocs.*, 494 U.S. 195 (1990).

- ✔ The citizenship of one or more limited liability companies. *See Handlesman v. Bedford Village Green Assocs. L.P.*, 213 F.3d 48, 52 (2d Cir. 2000).

- ☐ The nature and citizenship of one or more business entities.

- ☐ The timely removal of the action from state court.

        Absent the filing, on or before June 17, 2020 of an amended complaint (or notice of removal) adequately alleging the existence of subject matter jurisdiction, the action will be dismissed (or remanded).

        SO ORDERED.

Dated:    June 9, 2020

                                                                   Lewis A. Kaplan
                                                            United States District Judge