UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
FASHARNICE STONE,

                Plaintiff(s),

     -against-                                20-cv-4272 (LAK)

WHITE PLAINS ROAD REALTY LLC,

                Defendant(s)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        In an order dated June 9, 2020, the Court noted that the notice of removal failed to assert a proper basis for the Court's subject matter jurisdiction. It stated: "Absent the filing, on or before June 17, 2020 of an amended complaint (or notice of removal) adequately alleging the existence of subject matter jurisdiction, the action will be dismissed (or remanded)." [Dkt. 3]

        No amended notice of removal has been filed. Accordingly, this action is remanded.

        SO ORDERED.

Dated:      October 14, 2020

                                              /s/ Lewis A. Kaplan
                                             Lewis A. Kaplan
                                          United States District Judge